**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                              Chapter: 13

      Mark S Keenheel

                  Debtor(s)          Bankruptcy No: 13–17562–jkf

### O R D E R

AND NOW, this September 3, 2013 , the debtor having failed to file or submit with the petition all of the

documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

> Matrix List of Creditors due 09/6/2013. Atty Disclosure Statement
> due 09/13/2013. Chapter 13 Plan due by 09/13/2013. Statement of
> Current Monthly Income due 09/13/2013. Schedules A–J due
> 09/13/2013. Statement of Financial Affairs due 09/13/2013.
> Summary of schedules due 09/13/2013. Statistical Summary of
> Certain Liabilities due 09/13/2013.

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required

by L.B.R. 1007–2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit

Counseling Requirement, then those documents are due within 7 days of the filing of the petition or

else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 14 days of the date of the filing

of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not,

this case may be dismissed without additional notice or hearing after 9/13/13 .

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

3
Form 131